UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIRGIN MOBILE USA IPO LITIGATION<br><br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) Lead Case No. 07-CV-10589 (TPG)<br>)<br>) (Securities Class Action)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT VIRGIN MOBILE USA, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Virgin Mobile USA, Inc. certifies as follows:

1. Virgin Mobile USA, Inc. is a publicly-held corporation.

2. No single company owns more than 50% of its equity securities.

Date:  January 22, 2008

/s/ James Gamble_____
James Gamble
jgamble@stblaw.com

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2700
(212) 455-2502 (fax)

*Counsel for defendant Virgin Mobile USA, Inc.*