UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIRGIN MOBILE USA IPO LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 07-CV-10589 (TPG)<br>(Securities Class Action)<br><br>Electronically Filed |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      The attorneys listed below, both members of this Court in good standing, respectfully enter their appearance as counsel for defendants Lehman Brothers Inc.; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Merrill Lynch & Co., Inc.; Bear, Stearns & Co., Inc.; Raymond James & Associates, Inc.; and Thomas Weisel Partners, LLC (collectively, the "Underwriter Defendants").  The attorneys listed below have been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the Underwriter Defendants.

Dated:  New York, New York
          January 22, 2008

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

s/Susan L. Saltzstein
Susan L. Saltzstein
(Susan.Saltzstein@skadden.com)
William J. O'Brien
(William.OBrien@skadden.com)
Four Times Square
New York, New York 10036-6522
Tel. (212) 735-3000
Counsel for the Underwriter Defendants

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on January 22, 2008, I caused a true copy of the

- *Notice of Appearance*

to be served upon the party below, in the manner indicated:

**Via First Class Mail**

D. Seamus Kaskela, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Richard A. Maniskas, Esq.
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

Dated: New York, New York
January 22, 2008

s/ Susan L. Saltzstein
Susan L. Saltzstein