**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN re VIRGIN MOBILE USA IPO LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | LEAD CASE NO: 2:07-cv-10589-TPG<br><br>(SECURITIES CLASS ACTION) |
| 2 WEST, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRGIN MOBILE USA, INC., DANIEL H. SCHULMAN, JOHN D. FEEHAN, JR., LEHMAN BROTHERS, INC., MERRILL LYNCH PIERCE FENNER & SMITH, INC. and BEAR STEARNS & CO., INC.<br><br>Defendants. | DOCKET NO.: 1:07-cv-11625-UA |

**NOTICE OF NO OPPOSITION TO DEFENDANTS' NOTICE OF MOTION TO STAY PROCEEDINGS PENDING RULING ON TRANSFER AND CONSOLIDATION BY THE PANEL ON MULTIDISTRICT LITIGATION**

On January 22, 2008, Defendants filed a Notice of Motion to Stay Proceedings seeking

an Order staying all proceedings in these actions as to all parties, pending a ruling by the Judical

Panel on Multidistrict Litigation on a currently-pending motion to transfer these actions, and the

action pending in the United States District Court for the District of New Jersey, to a single

Court for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407.

Movant, the Volpe Group, hereby does not oppose this Notice of Motion to Stay.


Dated: February 8, 2008                                Respectfully submitted,

                                                       KAHN GAUTHIER SWICK, LLC

                                                       By: /s/  Kim E. Miller
                                                       Kim E. Miller (KM-6996)
                                                       12 East 41st Street, 12th Floor
                                                       New York, NY 10017
                                                       Telephone:   (212) 696-3730
                                                       Facsimile:    (504) 455-1498

                                                       And

                                                       KAHN GAUTHIER SWICK, LLC
                                                       Lewis S. Kahn
                                                       650 Poydras St., Suite 2150
                                                       New Orleans, Louisiana 70130
                                                       Telephone (504) 455-1400
                                                       Facsimile: (504) 455-1498

                                                       *Counsel for the Volpe Group and Proposed
                                                       Co-Lead Counsel for the Class*

                                                       CARELLA  BYRNE  BAIN  GILFILLAN
                                                       CECCHI STEWART & OLSTEIN, PC
                                                       James E. Cecchi
                                                       5 Becker Farm Road
                                                       Roseland, New Jersey  07068
                                                       Telephone:  (973) 994-1700
                                                       Facsimile:  (973) 994-1744

                                                       *Counsel for the Volpe Group and Proposed
                                                       Co-Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that this Notice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on February 8, 2008.


/s/ Kim E. Miller
Kim E. Miller